AO 93 (Rev. 01/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 14-m-6094-01-KGG
)
A HTC cellular phone Model PN07200, currently stored )
at Wichita Police Department, Undercover Section, )
Wichita, Kansas, in the District of Kansas. )

FILED
U.S. District Court
District of Kansas

APR 21 2014

Clerk, U.S. District Court
By_____ Deputy Clerk

## SEARCH AND SEIZURE WARRANT

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Kansas_____
*(identify the person or describe the property to be searched and give its location):*
A HTC cellular phone Model PN07200, currently stored at Wichita Police Department, Undercover Section, Wichita, Kansas, in the District of Kansas.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   18 April 2014
(not to exceed 10 days)

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
__Kenneth G. Gale_____.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐for _____ days *(not to exceed 30)*.
☐until, the facts justifying, the later specific date of _____.

Date and time issued:  8 April 2014
                       1100 hrs                          _____
                                                          *Judge's signature*

City and state:  Wichita, Kansas                 Kenneth G. Gale, United States Magistrate Judge
                                                  *Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: TL 14-0005 | Date and time warrant executed: 4-16-14  231 p.m. | Copy of warrant and inventory left with: |
| Inventory made in the presence of: Jamie Baxter | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>Digital Data<br>Written phone numbers | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4-21-14

_____
Executing officer's signature

Mike Thoel TFO
Printed name and title

## ATTACHMENT A

The items to be seized from **Device #1:**

1.  All data and records contained in Device #1 that relate to violations which constitute the fruits, instrumentalities, and evidence of possession with intent to distribute and distribution of a controlled substance in violation 21 U.S.C. § 841(a)(1); and conspiracy to possess with intent to distribute a controlled substance in violation of 21 U.S.C. § 846;

    a. Data, including but not limited to, the telephone number of the device, telephone numbers of the accessed device, received incoming telephone numbers, dialed outgoing telephone numbers, numeric messages sent or received, verbal messages sent or received, address and telephone/pager number listings, electronically composed memorandum, any time and or data markings and or calendar format organization of all such data, or any other data related to drug trafficking, including photographs, which may be stored, received, or sent, contained in the electronic memory of the previously described device, lists of customers and related identifying information;

    b. types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

    c. any information related to sources of narcotic drugs (including names, addresses, phone numbers, or any other identifying information);

    d. all bank records, checks, credit card bills, account information, and other financial records.

2.     Evidence of user attribution showing who used or owned Device #1 at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

3.     Records and things evidencing the use of the Internet Protocol address utilized by to this device to communicate with criminal coconspirators, or unwitting individuals or institutions were used to facilitate drug trafficking or money laundering crimes, to include:

    a. records of Internet Protocol addresses used;

    b. records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

4.     As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.